UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

ERIC M. KELLICH,
          Debtors

Chapter 7

Bankruptcy No. 16-14347-jkf

Hearing: 8/24/16
        9:30 AM
        Bankruptcy Court
        Courtroom 3
        900 Market Street
        Philadelphia, PA 19107

**ORDER**

AND NOW, this 21st day of September, 2016, upon Debtor's Motion to Avoid Judgment Lien and after notice and hearing, it is hereby ORDERED that the lien of American Heritage Federal Credit Union upon the consumer goods and/or real estate of Debtor is avoided.

BY THE COURT:

HON. JEAN K. FITZSIMON