United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 16-14347-jkf
Eric M. Kellich                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Sep 23, 2016
                Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
```
db           #+Eric M. Kellich,    3 E. Windermere Terrace,    Lansdowne, PA 19050-2104
13745834     +American Heritage Federal CU,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 24 2016 02:04:49     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2016 02:03:25
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2016 02:03:58     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              JONATHAN  KRINICK    on behalf of Debtor Eric M. Kellich jkrinick@wwdlaw.com, jkrinick@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :
    ERIC M. KELLICH,                 :     Chapter 7
                    Debtors         :
                                    :     Bankruptcy No. 16-14347-jkf
                                    :
                                    Hearing: 8/24/16
                                             9:30 AM
                                             Bankruptcy Court
                                             Courtroom 3
                                             900 Market Street
                                             Philadelphia, PA 19107

## ORDER

AND NOW, this 21st day of September, 2016, upon Debtor's Motion to Avoid Judgment Lien and after notice and hearing, it is hereby ORDERED that the lien of American Heritage Federal Credit Union upon the consumer goods and/or real estate of Debtor is avoided.

BY THE COURT:

_____
HON. JEAN K. FITZSIMON