United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14347-jkf
Eric M. Kellich                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John                Page 1 of 1              Date Rcvd: Oct 20, 2016
                                Form ID: pdf900           Total Noticed: 6

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db             #+Eric M. Kellich,    3 E. Windermere Terrace,    Lansdowne, PA 19050-2104
13789143        +M&T BANK,   c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,   701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 21 2016 01:45:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 21 2016 01:44:29      Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 21 2016 01:44:54      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13745854        E-mail/Text: camanagement@mtb.com Oct 21 2016 01:44:08    M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              JONATHAN   KRINICK    on behalf of Debtor Eric M. Kellich jkrinick@wwdlaw.com,  jkrinick@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Eric M. Kellich | | CHAPTER 7 |
| | Debtor | |
| M&T BANK | Movant | NO. 16-14347 JKF |
| vs. | | |
| Eric M. Kellich | Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq. | Trustee | |

## ORDER

AND NOW, this 19th day of October, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 3 East Windermere Terrace, Landsdowne, Pa 19050 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

cc: See attached service list

Eric M. Kellich
3 East Windermere Terrace
Lansdowne, PA 19050

Johnathan Krinick
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 194103

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532