United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 16-14347-jkf
Eric M. Kellich  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: John  Page 1 of 1  Date Rcvd: Dec 01, 2016
  Form ID: 195  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db  #+Eric M. Kellich,    3 E. Windermere Terrace,    Lansdowne, PA 19050-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
  CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
  JONATHAN  KRINICK    on behalf of Debtor Eric M. Kellich jkrinick@wwdlaw.com,    jkrinick@hotmail.com
  JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
  bkgroup@kmllawgroup.com
  United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
  TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Eric M. Kellich : Case No. 16–14347–jkf

    Debtor(s)

### ORDER
_____

    AND NOW, this day , December 1, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

31
Form 195